CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 18 2015

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal Action Nos. 7:15PO144 |
| v. | ) | 7:15PO145 |
| | ) | 7:15PO146 |
| William R. Blackwell | ) | 7:15PO148 |
| | | 7:15MJ102 |

## VETERANS TREATMENT COURT REFERRAL ORDER

Defendant William R. Blackwell appeared before the undersigned for an initial appearance on June 18, 2015. Blackwell had been arrested for, <u>inter alia</u>, drug and weapons charges at the Salem Veterans Administration Medical Center ("VAMC"). After conducting the initial appearance, the court explained to the defendant the purposes of the Veterans Treatment Court ("VTC") and the significant cooperation and compliance obligations of the defendant under the VTC. Defendant, represented by the Assistant Federal Public Defender, acknowledged his understanding of the VTC and agreed to voluntarily participate in it. The Assistant United States Attorney agreed that the defendant was an appropriate candidate for VTC assessment.

Given the nature of the charges, the willingness of defendant to participate in the VTC and the support of the Assistant United States Attorney and the Assistant Federal Public Defender, it is hereby

### ORDERED

that defendant be referred for an evaluation by the United States Probation Service and the Veterans Justice Outreach Coordinator at the Salem VAMC to determine whether defendant is an appropriate candidate for the Veterans Treatment Court.

Following evaluation, this matter shall be set down for further proceedings on **July 17, 2015** at **3:00 p.m.**

The Clerk is directed to provide copies of this Order to counsel of record, the United States Probation Service and Machelle Huff, Veterans Justice Outreach Specialist, at the Salem VAMC.

Entered: June 18, 2015

Robert S. Ballou
United States Magistrate Judge

2